**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00206-CR**
_____

**RICKEY BARNARD HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause No. B230002-R**

**MEMORANDUM OPINION**

On May 3, 2024, the trial court sentenced Rickey Barnard Harris on a lesser included offense of felony assault. On June 3, 2024, Harris filed a notice of appeal. The District Clerk then sent Harris's notice of appeal and the trial court's certification to the Ninth Court of Appeals. The trial court's certification, which bears the signature of Harris and his attorney in addition to the trial judge's signature, states that "the defendant has waived the right of appeal."

1

On June 7, 2024, we notified the parties that we would dismiss the appeal unless the appellant established the trial court's certification was incorrect. None of the parties responded to the Court's notice. Because the record lacks a certification that shows Harris has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 30, 2024
Opinion Delivered July 31, 2024
Do Not Publish

Before Johnson, Wright and Chambers, JJ.